UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No.  26-5084-MAS, 26-5085-MAS, 26-5086-MAS, 26-5087-MAS         At Frankfort         Date: May 8, 2026

| | | | | | |
|---|---|---|---|---|---|
| USA vs Marion Pinder (26-mj-5084-MAS) | x present | x custody | bond | OR |
| USA vs Santiago Rodriguez (26-mj-5085-MAS) | x present | x custody | bond | OR |
| USA v. Jesus Rodriquez (26-mj-5086-MAS) | x present | x custody | bond | OR |
| USA v. Edgar Hernandez-Duron (26-mj-5087-MAS) | x present | x custody | bond | OR |

PRESENT:   HON. MATTHEW A. STINNETT, UNITED STATES MAGISTRATE JUDGE

| Samantha Howard | Audio File | Marta Roller, Ph.D. | Aubrey Girouard for Mary Melton |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

| | | | | | |
|---|---|---|---|---|---|
| Counsel for Defendant Pinder | Kathryn Walton | x present | retained | x appointed |
| Counsel for Defendant Santiago Rodriguez | Philip Lawson | x present | retained | x appointed |
| Counsel for Defendant Jesus Roriguez | Elizabeth Arrick | x present | retained | x appointed |
| Counsel for Defendant Hernandez-Duron | Patrick Nash | x present | retained | x appointed |

 I, Samantha Howard, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file
KYED-FRK_5-26-mj-5084, 5085, 5086, 5087_20260508_092927

PROCEEDINGS:         **PRELIMINARY HEARING AND DETENTION HEARING**

The parties appeared for a Preliminary Hearing and Detention Hearing, as noted. United States Probation Officer Chad Moss was also present. The Court heard testimony of one witness, proffer, and arguments of counsel as to probable cause. Following the finding of probable cause, the Court heard proffer and arguments of counsel as to pretrial detention.

The Court ORDERS as follows:

1. The Court **FINDS** probable cause to believe that a crime has been committed and that all defendants committed the offenses alleged and detailed in their Criminal Complaints. The matter is bound over to the grand jury for further consideration.

2. The Bond Reports for all defendants shall be filed in the record **UNDER SEAL**.

3. The oral motions for pretrial detention by the United States are **GRANTED** as to Defendant Marion Pinder and Defendant Edgar Hernandez-Duron. The motion shall administratively remain pending until entry of the separate written opinion. Defendant Pinder and Defendant Hernandez shall remain in the custody of the Unites states Marshals pending further proceedings.

4. The oral motions for pretrial detention by the United States as to Defendant Santiago Rodriguez and Defendant Jesus Rodriguez are **DENIED**. Defendant Santiago Rodriguez and Defendant Jesus Rodriguez shall be released on conditions of release as set forth in a separate Order.

TIC:

26-5084 PH/18 DH/15
26-5085 PH/18 DH/16
26-5086 PH/18 DH/ 16
26-5087 PH/18 DH/15

Initials of Deputy Clerk: <u>slh</u>

Copies:  COR, USP, USM

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY