AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    Kentucky

USA
V.
Marion Pinder

**EXHIBIT AND WITNESS LIST**

Case Number:  5:26-mj-5084-MAS

| PRESIDING JUDGE Matthew A. Stinnett | | PLAINTIFF'S ATTORNEY Aubrey Girouard | | DEFENDANT'S ATTORNEY Kathryn Walton | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 5/8/2026 PH/DH | | COURT REPORTER Audio File | | COURTROOM DEPUTY Samantha Howard | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 5/8/2026 | | | WITNESS: Special Ageant Leah Newell, DEA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.